Harvey Peter Sackett, Esq. Of Counsel
State Bar No. 72488
Olinsky Law Group
300 S. State St., Suite 420
Syracuse, NY 13202
Telephone: (315) 701-5780
Facsimile: (315) 701-5781
hps@sackettlaw.com
Attorney for Plaintiff Paula Walker

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA WALKER,

    Plaintiff,

-vs-

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
-----------------------------------------------------------

Case No. 15-cv-00097-KAW

STIPULATION AND ORDER FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

Magistrate Judge: Hon. Kandis A. Westmore

IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys, Howard D. Olinsky acting on behalf of Harvey P. Sacket, attorney for Plaintiff, and Amanda Roth, Assistant Regional Counsel, attorney for defendant, that the defendant shall pay the sum of $5.324.03 for services performed, incurred in connection with this action in full satisfaction of

Stipulation and Order Plaintiff's Motion for

Attorneys Fee's Pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412    1    No. 15-cv-00097-KAW

Plaintiff's claim pursuant to the Equal Access to Justice Act (EAJA), Title 28 U.S.C. ' 2412(d) for services performed in connection with this action.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel Olinsky Law Group. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to **Olinsky Law Group**, pursuant to the assignment executed by Plaintiff.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Olinsky Law Group may have relating to EAJA attorney fees in connection with this action.

Stipulation and Order Plaintiff's Motion for
Attorneys Fee's Pursuant to the Equal Access
to Justice Act, 28 U.S.C. § 2412                2                No. 15-cv-00097-KAW

This award is without prejudice to the rights of Olinsky Law Group, to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: 12-20-2016                    Respectfully submitted,

                                    _____
                                    Harvey P. Sackett, Esq., Of Counsel,
                                    State Bar No. 72488, by
                                    Howard D. Olinsky, Esq.
                                    Olinsky Law Group
                                    300 S. State St., Suite 420
                                    Syracuse, NY 13202
                                    Telephone: (315) 701-5780
                                    Facsimile: (315) 701-5781


                                    ___s/ Armand D. Roth_____
                                    ARMAND D. ROTH, ESQ.
                                    Special Assistant United States Attorney
                                    E-signed with express permission.


PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED __12/21/16____

                                    _____
                                    HONORABLE KANDIS A. WESTMORE
                                    MAGISTRATE JUDGE

Stipulation and Order Plaintiff's Motion for

Attorneys Fee's Pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412          3                    No. 15-cv-00097-KAW